UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge RANDON

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- The term of debtors plan shall be extended to 60 months.
- Debtor shall remit sums sufficient to make up any delinquency in plan payments and to provide for proper plan funding by the end of the term of the plan.

Debtor's plan was confirmed April 12, 2014. The plan term, as last modified, was to expire after 52 months. The plan is currently in month 56. To date debtor has paid in $70,208.23 into her plan and is 95% paid into the plan. Unfortunately the plan is currently not properly funded and debtor has developed a payment delinquency of $3,271.03. In order to properly fund the plan debtor proposes to extend the plan to 60 months and remit a sum sufficient, as needed, to cure the delinquency and complete the funding of the plan by the expiration of the plan term.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: n/a
Class Five: no adverse impact.
Class Six: n/a
Class Seven: n/a
Class Eight: n/a
Class Nine: no adverse impact.

Dated: December 6, 2018

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge RANDON

Debtor.

---

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- The term of debtors plan shall be extended to 60 months.
- Debtor shall remit sums sufficient to make up any delinquency in plan payments and to provide for proper plan funding by the end of the term of the plan.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge RANDON

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is 21 days after service.

If no timely objection is filed, the proponent of the Plan Modification may file a certificate of no objection and an order and the modified Plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the Plan Modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 Plan Modification shall be served on the following:

>Krispen S. Carroll, Chapter 13 Trustee
>719 Griswold Street, Suite 1100
>Detroit, MI 48226

Dated: December 6, 2018

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge RANDON

Debtor.

_____/

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROOF OF SERVICE

LEANNA SIKES, hereby certifies that on December 6, 2018 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

    Krispen S. Carroll, Chapter 13 Trustee
    719 Griswold Street, Suite 1100
    Detroit, MI 48226

    All parties on the attached Matrix

Dated: December 6, 2018

    /s/ Leanna Sikes
    Leanna Sikes
    Acclaim Legal Services, PLLC
    8900 E. 13 Mile Road
    Warren, MI 48093
    (248) 443-7033
    filing@acclaimlegalservices.com

**EXHIBIT C**



**13Network**
ACCLAIM LEGAL SERVICES Case Query

Enter Case Number, Name, Social Security Number, or @1st Address Line: 1362357  Go
LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Recently Accessed Cases: 13-62357-MAR JUDITH MICHELLE YOUNG

13-62357-MAR JUDITH MICHELLE YOUNG-BIRD  (xxx-xx-1391) 19940 VILLA DRIVE SOUTH • • SOUTHFIELD • MI • 48076  $635.00 BW/  Bar Date(s): 5/1/2014 (has passed) 6/11/2014 (ha

Confirmed: 4/12/2014
Print Inquiry   Trustee: Krispen S. Carroll       Attorney: ACCLAIM LEGAL SERVICES        Case Status: OPEN/ACTIVE

The data on these pages has not been audited and is provided for general information only.

56 Month(s) since Confirmation  UP = $0.00   TPI = $70,208.23   TPILR = $70,208.23   BOH = $1,174.76   BOH+FEES = $1,270.01

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES | $7,617.40 | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 5 | JUDITH MICHELLE YOUNG-BIRD | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 6 | MICHIGAN FIRST CREDIT UNION | $2,974.17 | | $2,974.17 | | | $2,974.17 | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 12 | MICHIGAN FIRST CREDIT UNION | | | | | $617.11 | $2,468.44 | |
| 13 | MICHIGAN FIRST CREDIT UNION | $2,357.81 | | $2,357.81 | | | $2,357.81 | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 20 | INTERNAL REVENUE SERVICE | $436.00 | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 28 | VILLA POINTE CONDO ASSOCIATION | | | | | $325.00 | $1,300.00 | |
| 29 | VILLA POINTE CONDO ASSOCIATION | $1,240.13 | | $1,240.13 | | | $1,240.13 | |
| 30 | VILLA POINTE CONDO ASSOCIATION | $420.00 | | $420.00 | | | $420.00 | |
| 31 | VILLA POINTE CONDO ASSOCIATION | $1,356.00 | | $1,356.00 | | | $1,356.00 | |
| 32 | VILLA POINTE CONDO ASSOCIATION | $330.00 | | $330.00 | | | $330.00 | |
| 33 | ADDED CREDITOR | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 36 | MICHIGAN FIRST CREDIT UNION | $4,900.00 | | | 5.2500 | $147.41 | | |
| 37 | ADDED CREDITOR | | | | | | | |
| 38 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 39 | ADDED CREDITOR | | | | | | | |
| 40 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 41 | | 55768.68 | | | 0 | | | |

Change Line# 0  OK     Plan Terms 4  Calc    Unsecured % 0  Calc    Due to Creditors: $1,018.50    $13,455.73
Restart                                                                  In from Debtor:   $1,377.95    $6,678.08

Trustee's % 7.5         **Debtor 1 Pay Schedules**                          **Debtor 2 Pay Schedules**
Lump Sum $ 1,174.76     Who's Paying | Amount | Schedule | Upd | Calc      Who's Paying | Amount | Schedule | Upd | Calc
Delete Line 0  OK       US DEPT OF TREA | $635.00 | BI-WEEKLY | $ | ?       DEBTOR | $0.00 | MONTHLY | $ | ?
                        JUDITH MICHELLE | $0.00 | MONTHLY | $ | ?

Krispen Carroll - Detroit, MI          Your Chapter 13 Information Management System                    ©2004 BSS LLC

# ATTACHMENT 2

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is __36__ months

2. Initial Plan Payment:
   **$1,180.83** per month x **36** months = **$42,509.88** (subtotal)

3. Additional Payments: $ _____ per= 

4. Lump Sums: $0.00

5. Total to be paid into Plan (total of lines 2 through 4) $42,509.88

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees — $4,250.88

   b. Estimated Attorney Fees and costs through confirmation of plan — $3,500.00

   c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan — $1,500.00

   d. Estimated Fees of Other Professionals — $0.00

   e. Total mortgage and other continuing secured debt payments — $27,118.80

   f. Total non-continuing secured debt payments (including interest) — $4,334.52

   g. Total priority claims — $0.00

   h. Total arrearage claims — $1,800.00

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) — $ 42,504.20

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7) — $ 5.68

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see liquidation analysis on page 6) — $ 0.00

COMMENTS:

```
Label Matrix for local noticing          Amcol Systems Inc                        Bank of America
0645-2                                   111 Lancewood Rd                         PO Box 15026
Case 13-62357-mar                        Columbia, SC 29210-7523                  Wilmington, DE 19850-5026
Eastern District of Michigan
Detroit
Thu Dec  6 08:38:31 EST 2018

Bristol West / Farmers Insurance         Cap One                                  Krispen S. Carroll
PO Box 31029                             Pob 30281                                719 Griswold
Independence, OH 44131-0029              Salt Lake City, UT 84130-0281            Suite 1100
                                                                                  Detroit, MI 48226-3314

Cavalry SPV I, LLC                       Certegy                                  Check n Go Collections
500 Summit Lake Drive, Ste 400           P.O. Box 30046                           4540 Cooper Rd.
Valhalla, NY 10595-2321                  Tampa, FL 33630-3046                     Suite 200
                                                                                  Cincinnati, OH 45242-5649

DTE Energy                               DTE Legal Dept                           Mark B. Davis
One Energy Plaza                         WCB 688                                  44670 Ann Arbor Road
735 WCB                                  One Energy Plaza                         Suite 170
Detroit, MI  48226                       Detroit, MI 48226-1221                   Plymouth, MI 48170-4087

Dept Of Ed/Sallie Mae                    Esurance                                 First Premier Bank
11100 Usa Pkwy                           PO Box 5250                              601 S Minnesota Ave
Fishers, IN 46037-9203                   Sioux Falls, SD 57117-5250               Sioux Falls, SD 57104-4868

Gecrb/Discount Tire                      Huntington National Bank                 Huntington National Bank
Po Box 981439                            803 W. Big Beaver                        One Financial Plaza - M1071
El Paso, TX 79998-1439                   Troy, MI 48084-4734                      10717 Adams Street
                                                                                  Holland, MI 49423-9079

Internal Revenue Service                 William D. Johnson                       Christopher W. Jones
Centralized Insolvency Operations        Acclaim Legal Services                   8900 E. 13 Mile Rd.
PO Box 7346                              8900 E. 13 Mile Rd.                      Warren, MI 48093-2206
Philadelphia, PA 19101-7346              Warren, MI 48093-2206

Meyer & Njus, P.A.                       Michigan First Cr Un                     Michigan First Credit Union
200 South Sixth Street                   27000 Evergreen Rd                       27000 Evergreen Road
Minneapolis, MN 55402-1400               Lathrup Village, MI 48076-3231           Lathrup Village, MI 48076-3231

Monroe & Main                            Monroe And Main                          Mortgage Center, LLC
c/o Creditors Bankruptcy Service         1112 7th Ave                             c/o Weltman, Weinberg & Reis
P.O. Box 740933                          Monroe, WI 53566-1364                    2155 Butterfield Drive, Suite 200-S
Dallas, TX 75374-0933                                                             Troy, MI 48084-3463

Mtg Center                               Navient Solutions, Inc.                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P O Box 2171                             Department of Education Loan Services    PO BOX 41067
Southfield, MI 48037-2171                P.O. Box 9635                            NORFOLK VA 23541-1067
                                         Wilkes-Barre, PA 18773-9635
```

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA 95696-8208

Brian D. Rodriguez
8900 E. 13 Mile Road
Warren, MI 48093-2206

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

State Farm Insurance
Attn: Bankruptcy
3 State Farm Plaza P4
Bloomington, IL 61791-0002

State Farm Insurance
PO Box 2329
Bloomington, IL 61702-2329

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TD Auto Finance
27777 Franklin Rd
Farmington Hills, MI 48334

Tate & Kirlin
2810 Southampton Rd.
Philadelphia, PA 19154-1207

U.S. Attorney
211 W. Fort St
Detroit, MI 48226-3269

Villa Pointe Condominium Association
Zelmanski, Danner & Fioritto, PLLC
44670 Ann Arbor Road, Ste. 170
Plymouth, MI 48170-4087

Villa Pointe Condominium Association
c/o Alexander, Zelmanski, Danner, et. al
44670 Ann Arbor Road, Suite 170
Plymouth, MI 48170-4087

Tamara A. White
28366 Franklin Road
Southfield, MI 48034-5503

David A. Wolfe
Weltman, Weinberg & Reis
2155 Butterfield Drive
Ste 200-S
Troy, MI 48084-3463

Jason Kellogg Wright
965 Keynote Circle
Brooklyn Heights, OH 44131-1829

Judith Michelle Young-Bird
19940 Villa Drive South
Southfield, MI 48076-2459

Zeller & Associates
210 John Glenn Dr. Suite #3
Buffalo, NY 14228-2213

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

T Mobile Wireless
Bankruptcy Dept.
PO Box 37380
Albuquerque, NM 87176

(d)TMobile
PO Box 629025
El Dorado Hills, CA 95762

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(u)Michigan First Credit Union

(d)Michigan First Credit Union
27000 Evergreen Rd.
Lathrup Village, MI 48076-3231

(d)Michigan First Credit Union　　　(u)Mortgage Center L.L.C.　　　(u)State Farm Insurance Company
27000 Evergreen Road
Lathrup Village, MI 48076-3231

(d)U.S. Attorney　　　　　　　　　End of Label Matrix
211 W. Fort Street　　　　　　　　Mailable recipients　46
Detroit, MI 48226-3269　　　　　　Bypassed recipients　 7
　　　　　　　　　　　　　　　　　Total　　　　　　　　53