UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge MARK A. RANDON

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE

NOW COMES the Debtor, by and through Counsel, and states the following:

1. This motion is brought pursuant to FRCP 60(b)(6) and L.B.R. 9024-1(c) and requests the Court reinstate this case based on the fact that the default that caused the dismissal of the case, i.e., the debtor's failure to file a Plan Modification by November 21, 2018 was beyond the Debtor's control as Debtor was trying to obtain a Mortgage Loan Modification and did have approval or denial by the deadline.

2. Debtor filed a Chapter 13 Petition on December 13, 2013.

3. Debtor's case was dismissed on December 6, 2018 due to debtor's failure to file a Plan Modification by November 21, 2018.

4. Debtor has been making her Plan Payments and can continue to do so moving forward.

5. Debtor filed a Plan Modification on December 6, 2018 proposing to extend the plan length and remit a sum sufficient to make up any delinquency in plan payments and properly fund plan.

6. Debtor anticipates outside assistance to enable her to make up the delinquency and properly fund the plan.

7. Reinstatement of this case serves the interests of all parties and judicial economy. The alternative of re-filing a Chapter 13 case would delay disbursements to creditors and increase administrative costs.

Wherefore, Debtor request entry of an Order Reinstating the Bankruptcy Case Number 13-62357.

/s/ William D. Johnson
William D. Johnson  (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge MARK A. RANDON

Debtor.
_____
WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED ORDER REINSTATING CASE 18-43667

Counsel for Debtor having filed a Motion to Reinstate the Bankruptcy Case, just cause having been establishes pursuant to applicable law, and the Court being fully advised in this matter,

**IT IS HEREBY ORDERED** bankruptcy case 13-62357 MAR is hereby reinstated and the automatic stay is therefore in effect.

**IT IS FURTHER ORDERED** that the Debtor shall serve notice of this Order on all interested parties.

B20 (Official Form 20A) (Notice of Motion or Objection) (12/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: JUDITH MICHELLE YOUNG-BIRD

Case Number: 13-62357
Chapter 13
Judge MARK A. RANDON

Debtor.

---

WILLIAM D. JOHNSON (P54823)
BRIAN D. RODRIGUEZ (P57194)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

_____/

## NOTICE OF MOTION TO REINSTATE CASE

Debtors have filed papers with the court to reinstate Chapter 13 case.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the requested relief, or if you want the court to consider your views on the requested relief, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
   **United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
**William D. Johnson, Acclaim Legal Services, 8900 E. 13 Mile Rd., Warren, MI 48093**

**Krispen S. Carroll, Standing Chapter 13 Trustee, 719 Griswold, Suite 1100, Detroit, MI 48226**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in motion or objection and may enter an order granting that relief.

Date: December 7, 2018

/s/ William D. Johnson
William D. Johnson (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: JUDITH MICHELLE YOUNG-BIRD

Debtor.

Case Number: 13-62357
Chapter 13
Judge MARK A. RANDON

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033

/

## PROOF OF SERVICE

Leanna Sikes, hereby certifies that on December 7, 2018 she served a copy of the following documents by electronic filing and/or was mailed by the United States Postal Service to the following:

- Motion to Reinstate the Bankruptcy Case.
- Proof of Service

upon:

      Krispen S. Carroll - Chapter 13 Trustee

      All parties on attached Matrix

Dated: December 7, 2018

/s/ Leanna B. Sikes
LEANNA B. SIKES
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-62357-mar<br>Eastern District of Michigan<br>Detroit<br>Fri Dec  7 14:29:13 EST 2018 | Amcol Systems Inc<br>111 Lancewood Rd<br>Columbia, SC 29210-7523 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Bristol West / Farmers Insurance<br>PO Box 31029<br>Independence, OH 44131-0029 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Certegy<br>P.O. Box 30046<br>Tampa, FL 33630-3046 | Check n Go Collections<br>4540 Cooper Rd.<br>Suite 200<br>Cincinnati, OH 45242-5649 |
| DTE Energy<br>One Energy Plaza<br>735 WCB<br>Detroit, MI 48226 | DTE Legal Dept<br>WCB 688<br>One Energy Plaza<br>Detroit, MI 48226-1221 | Mark B. Davis<br>44670 Ann Arbor Road<br>Suite 170<br>Plymouth, MI 48170-4087 |
| Dept Of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Esurance<br>PO Box 5250<br>Sioux Falls, SD 57117-5250 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Gecrb/Discount Tire<br>Po Box 981439<br>El Paso, TX 79998-1439 | Huntington National Bank<br>803 W. Big Beaver<br>Troy, MI 48084-4734 | Huntington National Bank<br>One Financial Plaza - M1071<br>10717 Adams Street<br>Holland, MI 49423-9079 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 | Christopher W. Jones<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 |
| Meyer & Njus, P.A.<br>200 South Sixth Street<br>Minneapolis, MN 55402-1400 | Michigan First Cr Un<br>27000 Evergreen Rd<br>Lathrup Village, MI 48076-3231 | Michigan First Credit Union<br>27000 Evergreen Road<br>Lathrup Village, MI 48076-3231 |
| Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Monroe And Main<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Mortgage Center, LLC<br>c/o Weltman, Weinberg & Reis<br>2155 Butterfield Drive, Suite 200-S<br>Troy, MI 48084-3463 |
| Mtg Center<br>P O Box 2171<br>Southfield, MI 48037-2171 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | State Farm Insurance<br>Attn: Bankruptcy<br>3 State Farm Plaza P4<br>Bloomington, IL 61791-0002 | State Farm Insurance<br>PO Box 2329<br>Bloomington, IL 61702-2329 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TD Auto Finance<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 | Tate & Kirlin<br>2810 Southampton Rd.<br>Philadelphia, PA 19154-1207 |
| U.S. Attorney<br>211 W. Fort St<br>Detroit, MI 48226-3269 | Villa Pointe Condominium Association<br>Zelmanski, Danner & Fioritto, PLLC<br>44670 Ann Arbor Road, Ste. 170<br>Plymouth, MI 48170-4087 | Villa Pointe Condominium Association<br>c/o Alexander, Zelmanski, Danner, et. al<br>44670 Ann Arbor Road, Suite 170<br>Plymouth, MI 48170-4087 |
| Tamara A. White<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | David A. Wolfe<br>Weltman, Weinberg & Reis<br>2155 Butterfield Drive<br>Ste 200-S<br>Troy, MI 48084-3463 | Jason Kellogg Wright<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |
| Judith Michelle Young-Bird<br>19940 Villa Drive South<br>Southfield, MI 48076-2459 | Zeller & Associates<br>210 John Glenn Dr. Suite #3<br>Buffalo, NY 14228-2213 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | T Mobile Wireless<br>Bankruptcy Dept.<br>PO Box 37380<br>Albuquerque, NM 87176 | (d)TMobile<br>PO Box 629025<br>El Dorado Hills, CA 95762 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Centralized insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Michigan First Credit Union | (d)Michigan First Credit Union<br>27000 Evergreen Rd.<br>Lathrup Village, MI 48076-3231 |

(d)Michigan First Credit Union
27000 Evergreen Road
Lathrup Village, MI 48076-3231

(u)Mortgage Center L.L.C.

(u)State Farm Insurance Company

(d)U.S. Attorney
211 W. Fort Street
Detroit, MI 48226-3269

End of Label Matrix
Mailable recipients    46
Bypassed recipients     7
Total                  53